## 65785. HUTTER v. THE STATE.

QUILLIAN, Presiding Judge.

In *Hutter v. State,* 166 Ga. App. 608 (305 SE2d 124), we reversed the judgment of the trial court in this case. Our judgment having been reversed on certiorari by the Supreme Court in *State v. Hutter,* 251 Ga. 615 (307 SE2d 910), our judgment is vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Sognier and Pope, JJ., concur.*

386

E. Earl Seals, for appellant.
Arthur E. Mallory III, District Attorney, for appellee.